IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 3 2006

GREG___  ___ ___NGHAM
CLERK

Civil Action No. 06-cv-02110-BNB

LONNY BRISTOW,

    Plaintiff,

v.

INTERSTATE COMPACT COORDINATOR FOR THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

    Plaintiff, Lonny Bristow, is incarcerated at the Southern Ohio Correctional Facility in Lucasville, Ohio. In an order filed on October 23, 2006, the court directed Mr. Bristow to cure the deficiencies in this action. One of the deficiencies noted was that Mr. Bristow has failed to file a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint. On October 23, 2006, Mr. Bristow filed a "Motion for an Order to the Cashier" in which he alleged that he could not obtain the necessary account statement. On November 1, 2006, Mr. Bristow filed an "Application for Reconsideration" in which he alleges that he cannot obtain a certified copy of his inmate trust fund account statement because Ohio prison officials will not release such an account statement to him.

    Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Bristow needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month

period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action. Mr. Bristow has filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the warden of the Southern Ohio Correctional Facility will be ordered to obtain from the appropriate prison official and to provide to this court a certified copy of Mr. Bristow's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding October 23, 2006. Failure to provide such an account statement within the time allowed may result in a court order directing the warden to pay the entire $350.00 filing fee owed in this action. Accordingly, it is

ORDERED that the "Motion for an Order to the Cashier" filed on October 23, 2006, and the "Application for Reconsideration" filed on November 1, 2006, are granted. It is

FURTHER ORDERED that the warden of the Southern Ohio Correctional Facility shall have **thirty (30) days from the date of this order** to obtain from the appropriate prison official and provide to this court a certified copy of Plaintiff Lonny Bristow's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding October 23, 2006. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a court order directing the warden of the Southern Ohio Correctional Facility to pay the entire $350.00 filing fee owed in this action. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to the warden of the Southern Ohio Correctional Facility.

DATED November 3, 2006, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02110-BNB

Lonny Bristow
Reg. No. 357-921
Southern Ohio Corr. Facility
PO Box 45699
Lucasville, OH 45699

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-3-06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk