IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02110-BNB

LONNY BRISTOW,

Plaintiff,

v.

INTERSTATE COMPACT COORDINATOR FOR THE COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

---

ORDER DISMISSING CASE

---

Plaintiff Lonny Bristow has filed ***pro se*** on January 10, 2007, a "Motion for Voluntary Dismissal." The Court must construe the motion liberally because Mr. Bristow is representing himself. ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v.***

***Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion for Voluntary Dismissal" filed on January 10, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of January 10, 2007, the date the notice was filed in this action. It is

FURTHER ORDERED that any pending motions are denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 17 day of Jan., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02110-BNB

Lonny Bristow
Reg. No. 357-921
Southern Ohio Corr. Facility
PO Box 45699
Lucasville, OH 45699

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1-18-07

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk